IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Plaintiff,

vs.

Edwin Baez

Defendant.

CASE NO. 8:22CR135

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____      Date  6/17/22
Defendant

_____      Date  6/17/22
Attorney for Defendant

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 17 day of June, 20 22.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT