IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWIN BAEZ,<br><br>    Defendant. | 8:22CR135<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Edwin Baez (Filing No. 28). Thomas M. Petersen has filed an entry of appearance as retained counsel for Edwin Baez. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 28) will be granted.

Yvonne D. Sosa shall forthwith provide Thomas M. Petersen any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Edwin Baez's defense.

The clerk shall provide a copy of this order to Thomas M. Petersen.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge