IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWIN BAEZ,<br><br>　　　　Defendant. | 8:22CR135<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 91). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On February 15, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 83) forfeiting defendant Edward Baez's interest in $104,653 in United States currency seized from him.

　　　　2.　　A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 17, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 90) was filed in this case on April 25, 2024.

　　　　3.　　The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

　　　　4.　　The government's Motion for Final Order of Forfeiture should be granted.

　　　　In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 91) is granted.
2. All right, title, and interest in and to the $104,653 in United States currency seized on or about May 26, 2022, from the residence at 4512 S. 60th Avenue, Omaha, Nebraska, held by any person or entity are forever barred and foreclosed.
3. The $104,653 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 3rd day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge